ACCEPTED
03-13-00790-CV
6711349
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 5:31:22 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00790-CV

| | | |
|---|---|---|
| T. Mark Anderson, | § | IN THE THIRD |
| as co-executor of the estate of | § | FILED IN |
| Ted Anderson, and | § | 3rd COURT OF APPEALS |
| Christine Anderson, | § | AUSTIN, TEXAS |
| as co-executor of the estate of | § | 8/28/2015 5:31:22 PM |
| Ted Anderson, Appellants | § | JEFFREY D. KYLE |
| | § | Clerk |
| v. | § | COURT OF APPEALS |
| | § | |
| Richard T. Archer, David | § | |
| B. Archer, Carol Archer | § | |
| Bugg, John V. Archer, | § | |
| Karen Archer Ball, and | § | |
| Sherri Archer, Appellees | § | AUSTIN, TEXAS |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF THIS COURT:

Movant Gerald D. McFarlen, respectfully moves the Court to enter an order permitting his withdrawal as attorney of record for Hugh Long, Defendant herein, and in support show:

1. This motion is based on good cause in that movant's physical, mental or psychological condition materially impairs movant's fitness to represent Appellants/Cross-appellees. Tex. Discip. R. 1.15 (a)(2). This withdrawal is not sought for delay only but that justice may be done.

## NOTICE TO CLIENT

2. You do not have to agree to this motion. If you wish to contest the withdrawal of Gerald D. McFarlen and the Law Office of Gerald D. McFarlen, P.C., as your attorney of record, you should file a response to the motion and serve a copy on the undersigned.

## CERTIFICATE OF CONFERENCE

3.      Movants have conferred with counsel for Appellees/Cross-appellants in this action; and they are opposed.

4.      Pursuant to Tex. R. Civ. P. 10, movants certify to the following:

   a.      On August 28, 2015, movant delivered a true copy of this motion to T. Mark Anderson by email and telefax;
   b.       By this motion, and by teleconference, Appellees have been notified of their right to object to this motion;
   c.      The last known address of Appellants/Cross-appellees is c/o T. Mark Anderson, 519 Everhart Rd., Corpus Christi, TX 78404.
   d.      This matter is set for oral argument on Wednesday, September 2, 2015.

5.      Appellants/Cross-appellees are not opposed to this motion, but are requesting a reasonable time to retain and prepare new counsel for submission.  A motion for continuance is being filed contemporaneously with this motion.

6.      For the reasons given above, Movant respectfully urges the Court to grant this Motion to Withdraw.

Respectfully submitted,
**THE LAW OFFICE OF**
**GERALD D. MCFARLEN, PC**
28 Fabra Oaks Road
Boerne, TX 78006
Phone: (830) 331-8554
Fax: (210) 568-4305
Email: *gmcfarlen@mcfarlenlaw.com*


BY:  /s/ Gerald D. McFarlen
       GERALD D. McFARLEN
       State Bar No. 13604500

 ATTORNEYS      FOR      CROSS
APPELLEES

## CERTIFICATE OF SERVICE

I do hereby certify that on the 28th day of August, 2015, a true and correct copy of the foregoing motion was furnished to all counsel of record in accordance with the Texas Rules of Civil Procedure.

.
Laurie Ratliff
Ikard, Golden, Jones, P.C.
400 West 15th Street, Suite 975
Austin, Texas 78701
ATTORNEYS FOR APPELLEES/CROSS APPELLANTS

/s/ Gerald D. McFarlen
GERALD D. McFARLEN